```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

**LIONEL M. ARNOLD**                                          **PLAINTIFF**

**VS.**                              **CIVIL ACTION NO. 3:04-cv-848-WHB**

**UNITED STATES OF AMERICA**

<u>**ORDER**</u>

In accordance with the Final Judgment that was entered on November 11, 2004, in the case of <u>United States of America v. Arnold</u>, Criminal No. 3:00-cr-130, which dismissed the Motion of Lionel M. Arnold to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255, the Clerk of Court is hereby ordered to close the above referenced civil action.

SO ORDERED this the 30th day of October, 2007.

<u>s/William H. Barbour, Jr.</u>
UNITED STATES DISTRICT JUDGE